IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CYNTHIA RENA HAYES CANNON**                                         **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO. 3:24-cv-58-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

**<u>ORDER GRANTING MOTION TO REMAND</u>**

Under sentence four of the Social Security Act, 42 U.S.C. § 405(g), this Court has the authority to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand. The Commissioner requests that the Court remand this case to the agency for further consideration and administrative action. The Commissioner's unopposed motion [Doc. No. 12] is GRANTED, and this case is hereby REMANDED.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

IT IS SO ORDERED, this the 10th day of July, 2024.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**